IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION NO. 08-558 |
| v. | : | CIVIL ACTION NO. 13-958 |
| | : | |
| SHAWN THOMAS | : | |

**O R D E R**

**AND NOW**, this 13th day of May, 2013, upon consideration of the Motion of Shawn Thomas Under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence (Doc. No. 142), and the Government's Response in Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

　/s/　Gene E.K. Pratter　
GENE E.K. PRATTER
United States District Judge